UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> SQ TRAVEL LIMITED LIABILITY COMPANY; <br> SMRP FAMILY INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 5:18-CV-04703-EJD <br><br> **ORDER** |

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

```
Order to Show Cause hearing set for 5/2/2019 at 10:00 AM.
 Response to OSC or Dismissal due 4/22/2019.
```
**IT IS SO ORDERED.**

Dated: 2/22/2019

HONORABLE EDWARD J. DAVILA
United States District Judge